

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2020

**By ECF**

Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:     *United States v. Kelvin Mally*, 17 Cr. 639 (ER)

Dear Judge Ramos:

     The Government writes to respectfully request an adjournment of the VOSR status conference currently scheduled for April 10, 2020 at 3:30 p.m. Defendant and Probation both consent to this request. This is the first request for an adjournment.

     The Government believes that in light of the present COVID-19 and quarantine environment it makes sense to adjourn the conference rather than proceed by videoconference. An adjournment is also warranted because the outstanding VOSR specifications with which Mr. Mally is charged are based on underlying state court cases that are still pending and will likely not be resolved before May 2020. Accordingly, the Government respectfully requests that the April 10 status conference be rescheduled to on or after May 11, 2020. The parties are available for a conference on May 11, 2020, at any time other than from 2:30-3:30 p.m.

                               Respectfully submitted,

                               GEOFFREY S. BERMAN
                             United States Attorney

By: _____
     Sarah L. Kushner
     Assistant United States Attorney
     Southern District of New York
     (212) 637-2676
     Sarah.Kushner@usdoj.gov

cc:  Defense counsel (by ECF)
     Sonales Gonzalez, U.S. Probation Officer (by email)