

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2020

> The May 11 violation hearing is adjourned to July 22, 2020, at 11:00 AM.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 5/8/2020
> New York, New York

**By ECF**

Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Kelvin Mally*, 17 Cr. 639 (ER)

Dear Judge Ramos:

The Government writes to respectfully request an adjournment of the VOSR status conference currently scheduled for May 11, 2020 at 11:00 a.m. Defendant and Probation both consent to this request. This is the second request for an adjournment.

The Government believes that in light of the present COVID-19 and quarantine environment it makes sense to adjourn the conference rather than proceed by videoconference. An adjournment is also warranted because the outstanding VOSR specifications with which Mr. Mally is charged are based on state court cases that are currently scheduled to go to trial on June 15, 2020, and July 16, 2020, respectively. Accordingly, the Government respectfully requests that the May 11 status conference be rescheduled to on or after July 20, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Sarah L. Kushner
Assistant United States Attorney
Southern District of New York
(212) 637-2676
Sarah.Kushner@usdoj.gov

cc: Defense counsel (by ECF)
    Sonales Gonzalez, U.S. Probation Officer (by email)